THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Monique L.
 McKinney, Appellant.
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2007-UP-466    

ubmitted October 1, 2007  Filed October
 11, 2007
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia, Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Appellant, Monique McKinney, pled guilty
 to armed robbery, kidnapping, possession of a firearm during commission of a
 violent crime, possession of a firearm by a person under 21, credit card theft,
 and credit card fraud.  The trial judge sentenced her to ten years on both the
 robbery and kidnapping charges, five years on each of the firearm charges, and
 one year on each of the credit card charges with the sentences concurrent.  McKinneys counsel attached to the brief
 a petition to be relieved as counsel, stating that he had reviewed the record
 and concluded this appeal lacks merit.  McKinney filed
 a separate pro se brief.  After
 a thorough review of the record pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 CJ., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.